CLOSING

**KING, MOENCH & COLLINS LLP**
Matthew C. Moench, Esq. (031462007)
51 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
T: (973) 998-6860
F: (973) 998-6863
mmoench@kingmoench.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LANCE T. LUCARELLI, in his capacity as a candidate and as an individual taxpayer and voter; LANCE II LUCARELLI, as an individual taxpayer and voter; and DANE LUCARELLI, as an individual taxpayer and voter,<br><br>Plaintiffs,<br>vs.<br><br>MADELENE C. MEDINA, in her official capacity as MUNICIPAL CLERK; the CITY OF BAYONNE; E. JUNIOR MALDONADO, in his official capacity as HUDSON COUNTY CLERK; and JOHN DOES I-X (fictitious names), jointly, severally, and in the alternative,<br><br>Defendants. | VIA ELECTRONIC CASE FILING<br><br>Docket No.: 2:26-cv-02580-MCA-AME<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. André M. Espinosa, U.S.M.J.<br><br>Civil Action |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F. R. CIV. P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsel that the above-captioned matter is voluntarily dismissed without

prejudice against Defendants City of Bayonne, Madelene C. Medina, in her official capacity as Municipal Clerk, and E. Junior Maldonado, in his official capacity as Hudson County Clerk, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**KING, MOENCH & COLLINS LLP**
*Attorneys for Plaintiffs*

/s/ Matthew C. Moench
Matthw C. Moench, Esq.

Dated: April 16, 2026

**MCMANIMON, SCOTLAND & BAUMANN, LLC**
*Attorneys for the City of Bayonne and Madelene C. Medina, in her official capacity as Municipal Clerk*

William P. Opel, Esq.

Dated: April 16, 2026

**OFFICE OF THE HUDSON COUNTY COUNSEL**
*Attorneys for Defendant E. Junior Maldonado, in his official capacity as Hudson County Clerk*

/s/ Alberico De Pierro
Alberico De Pierro, Esq.

Dated: April 16, 2026

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 4/22/26